**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00456-CV

### WILLIAM CHU, Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATE SERIES 2005-OPT3, ET AL., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 09-13182

## ORDER

We **GRANT** appellant's August 27, 2013 second motion for an extension of time to file a brief. Appellant shall file his brief on or before September 30, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.


/s/    DAVID LEWIS
       JUSTICE